IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMIE J. EVANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-0634-CG-N |
| | ) |
| JUDGE STEELE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge dated January 27, 2016, and made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), is **ADOPTED** as the opinion of this Court. The Court cannot enter a default judgment against any party absent demonstration by the Plaintiff of service of process according to the Rules of Civil Procedure, and failure by the lawfully served party to file a timely answer or motion.

Accordingly, it is **ORDERED** that Plaintiff Jamie J. Evans's applications for entry of default judgment (Docs. 8 – 16) are **DENIED**.

**DONE and ORDERED** this 16th day of February, 2016.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE